# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COORSTEK KOREA LTD.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-5168 |
| | : | |
| **LOOMIS PRODUCTS COMPANY** | : | |

## ORDER

**AND NOW**, this 17th day of February 2022, upon considering Defendant's Motion to dismiss or for a more definite statement (ECF Doc. No. 4), Plaintiff's Response (ECF Doc. No. 5), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 4) is **DENIED** requiring Defendant file an Answer no later than **March 3, 2022**.

**KEARNEY, J.**